Stephen H.M. Bloch # 7813
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org

James S. Angell (*pro hac vice pending*)
Albert B. Sahlstrom (*pro hac vice pending*)
EARTHJUSTICE
1400 Glenarm Place, Suite 300
Denver, CO 80202
Telephone: (303) 623-9466
jangell@earthjustice.org
asahlstrom@earthjustice.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UINTAH COUNTY, UTAH, a Utah political subdivision; UINTAH COUNTY BOARD OF COMMISSIONERS; | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | Case No. 2:10-cv-00970-CW |
| | ) The Honorable Clark Waddoups |
| KEN SALAZAR, in his official capacity as SECRETARY OF THE INTERIOR, *et al.*, | ) ) ) |
| Defendants, | ) MOTION TO INTERVENE |
| | ) AS DEFENDANT |
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | ) ) ) |
| Proposed Defendant-Intervenors. | ) |

    Proposed Defendant-Intervenors Southern Utah Wilderness Alliance, The Wilderness Society, Sierra Club (collectively "SUWA") hereby move to intervene as defendants in the above captioned case, pursuant to Fed. R. Civ. P. 24(a)(2). In the alternative, SUWA moves for permissive intervention pursuant to Fed. R. Civ. P. 24(b).

SUWA seeks to intervene on behalf of Federal Defendants to defend its interests in the protection of wilderness-quality lands.  SUWA meets the standard for intervention as of right because:  (1) its application is timely; (2) it has direct, substantial, and legal protectable interests relating to the property that is the subject of this action; (3) those interests may be impaired as a result of this litigation; and (4) SUWA's interests are not adequately represented by the existing parties.

In the alternative, SUWA requests leave to intervene under Fed. R. Civ. P. 24(b).  SUWA satisfies the standard for permissive intervention because: (1) it has a defense that shares a common question of law or fact with the already-commenced action; (2) SUWA's intervention will not cause undue delay or prejudice, and (3) the motion to intervene is timely.  SUWA's involvement in the case will also significantly contribute to the full development of the underlying factual issues in the case and to the just and equitable adjudication of the legal questions presented.  A copy of SUWA's proposed answer is attached to this motion.

Federal Defendants take no position on this motion and will not file an opposition brief. Counsel for Plaintiffs indicates that they are unable to take a position at this time and will respond after viewing the motion to intervene.

Respectfully submitted this 22nd day of December, 2010.

    /s/ Stephen H. M. Bloch
Stephen H.M. Bloch # 7813
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org

James S. Angell
Albert B. Sahlstrom
EARTHJUSTICE
1400 Glenarm Place, Suite 300
Denver, CO 80202
Telephone: (303) 623-9466
jangell@earthjustice.org
asahlstrom@earthjustice.org

Attorneys for Proposed Defendant-Intervenor
Southern Utah Wilderness Alliance.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2010 I filed the foregoing MOTION TO INTERVENE AS DEFENDANT with the Court's electronic filing system, thereby generating service upon the following parties of record:

Constance E. Brooks
Michael Marinovich
C. E. Brooks & Associates P.C.
303 East 17th Avenue, Ste. 650
Denver, CO 80203
Telephone: (303) 297-9100
connie@cebrooks.com
mike@cebrooks.com


J. Mark Ward
Utah Association of Counties
5397 South Vine Street
Salt Lake City, UT 84107
Telephone: (801) 265-1331
mark@uacnet.org


/s/ Stephen H.M. Bloch