IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UINTAH COUNTY, UTAH, a Utah political subdivision; UINTAH COUNTY BOARD OF COMMISSIONERS; and UTAH ASSOCIATION OF COUNTIES, on behalf of its impacted members, including named member Uintah County,<br><br> Plaintiffs,<br><br>vs.<br><br>KEN SALAZAR, in his official capacity as SECRETARY OF THE INTERIOR; *et al*.<br><br> Federal Defendants, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.,*<br><br> Defendant-Intervenors.<br>_____<br><br>STATE OF UTAH,<br><br> Plaintiff,<br><br>vs.<br><br>KEN SALAZAR, in his official capacity as SECRETARY OF THE INTERIOR; *et al*.<br><br> Federal Defendants, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.,*<br><br> Defendant-Intervenors. | Case No. 2:10-cv-970-CW<br>Case No. 2:11-cv-391-CW<br>(consolidated)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS UINTAH COUNTY *et. al.'s* UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM EXCEEDING THE PAGE LIMITATION** |

This matter comes before the Court on Plaintiffs Uintah County *et al.'s* (Uintah County) Unopposed Motion for Leave to File a Memorandum Exceeding the Page Limitation.  The Court finds that good cause exists to grant the motion.

Therefore, it is hereby ORDERED that Uintah County shall be permitted to file a Reply to the Federal-Defendants' Opposition to the Consolidated Plaintiffs' Joint Motion for Jurisdictional Discovery and for an Extension of Time to Respond to the Motions to Dismiss (Dckt. No. 97),  and to Defendant-Intervenors Southern Utah Wilderness Alliance *et. al.'s* Notice of Joinder in Federal Defendants' Opposition to Plaintiffs' Motion for Jurisdictional Discovery (Dckt. No. 98), up to and including 15 pages in length.

IT IS SO ORDERED.

DATED this  3rd   day of November, 2011.

~~Magistrate Judge Samuel Alba~~
~~United States District Court~~
Clark Waddoups
United States District Judge