JOHN W. HUBER, United States Attorney (#7226)
JARED C. BENNETT, Assistant United States Attorney (#9097)
185 South State Street #300
Salt Lake City, Utah 84111
tel: (801) 325-3259; fax: (801) 325-3261
jared.bennett@usdoj.gov

JEFFREY H. WOOD, Acting Assistant Attorney General
LUTHER L. HAJEK, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
tel: (303) 844-1376; fax: (303) 844-1350
luke.hajek@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UINTAH COUNTY, UTAH, *et al.*, | Case No. 2:10-cv-970-DB-BCW |
| | Case No. 2:11-cv-391-DB-BCW |
| Plaintiffs, | (consolidated) |
| | |
| v. | **DEFENDANTS' RESPONSE TO DEFENDANT-INTERVENORS' MOTION FOR A STATUS CONFERENCE TO SET A BRIEFING SCHEDULE** |
| RYAN ZINKE, Secretary, | |
| U.S. Department of the Interior, *et al.*, | |
| | |
| Defendants, | |
| | |
| SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*, | |
| | |
| Intervenor-Defendants. | |

STATE OF UTAH,

   Plaintiffs,

 v.

RYAN ZINKE, Secretary, U.S. Department
of the Interior, *et al.*,

   Defendants,

SOUTHERN UTAH WILDERNESS
ALLIANCE, *et al.*,

   Intervenor-Defendants.

---

  Defendants hereby respond to the motion for a status conference for the purpose of setting a briefing schedule filed by Defendant-Intervenors Southern Utah Wilderness Alliance *et al.* "SUWA"). *See* ECF No. 297. Defendants agree with SUWA that it would be appropriate for the parties to confer and discuss a briefing schedule. However, the parties have not yet had those discussions. Therefore, while Defendants are not opposed to a status conference should the Court deem it appropriate to hold a conference at this time, Defendants believe that, at least for purposes of discussing a schedule, it would be premature to do so. Instead, Defendants would propose that the parties first confer regarding a schedule, propose a schedule to the Court, and, if necessary, then hold a status conference to discuss the proposed schedule.

  Respectfully submitted this 18th day of January, 2018.

          JOHN W. HUBER
          United States Attorney (#7226)
          JARED C. BENNETT
          Assistant United States Attorney (#9097)

          JEFFREY H. WOOD
          Acting Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (admitted pro hac vice)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
tel: (303) 844-1376; fax: (303) 844-1350
luke.hajek@usdoj.gov

Attorneys for the Defendants

2

## CERTIFICATE OF SERVICE

    I hereby certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

                                  /s/ *Luther L. Hajek*
                                  Luther L. Hajek
                                  Trial Attorney
                                  U.S. Department of Justice